AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means          ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | )    Case No.  2:21-MJ-04681 |
| The Safe Deposit Box belonging to SANG WON | ) |
| LEE, Self Service Box #039 according to Comerica | ) |
| Bank, located at Comerica Bank branch 574, 635 S. | ) |
| Hobart Boulevard Suite B, Los Angeles, CA 90005. | ) |
| | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-4*

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for____days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:       10/12/21     2:57 p.m.          _____

                                                                          *Judge's signature*

City and state:          Los Angeles, CA          The Honorable Charles F. Eick
                                                                   *Printed name and title*

AUSA:      JMC (213-894-6520)

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:21-MJ-04681 | Date and time warrant executed:<br>10/14/2021   16:16 Pm | Copy of warrant and inventory left with:<br>Manager Kevin Sung |
| Inventory made in the presence of : Manager Kevin Sung | | |
| Inventory of the property taken and name of any person(s) seized: | | |

1. Notepad with financial notes
2. Folder with financial notes
3. SanDisk Ultra Plus 16 GB card

10/15/21

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/15/2021

_____
Executing officer's signature

SA Kelly M. Sullivan
Printed name and title

**ATTACHMENT A-4**

**PREMISES TO BE SEARCHED**

The Safe Deposit Box belonging to SANG WON LEE, Self Service Box #039 according to Comerica Bank ("LEE'S SAFE DEPOSIT BOX"), located at Comerica Bank branch 574, 635 S. Hobart Boulevard Suite B, Los Angeles, CA 90005).